FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 11:59 am, Jun 17, 2020

# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 218-056-9 |
| CORRIE JERMAINE WILCOX, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Corrie Wilcox's motion to clarify his sentence. Dkt. No. 385.

On May 7, 2020, Wilcox appeared before this Court via video conference and was sentenced to a term of three years' probation. Dkt. No. 377. Between the time he was arraigned and the time he was sentenced, Wilcox remained on bond and continued to work in his capacity as a truck driver. To that end, on March 28, 2019, the Court granted Wilcox's motion to modify the terms of his bond and permitted him to travel to the Northern District of Georgia and the states of Alabama and Florida in connection with his work. Wilcox is serving his probation term in the Middle District of Georgia where a local probation office policy prevents travel outside of the district for sixty days after sentencing.

Wilcox now moves the Court to clarify whether it intended his sentence to allow him to work and travel outside of the Middle

District and into the Southern District of Georgia, the Northern District of Georgia, and the states of Alabama and Florida for work.

Wilcox's motion is **GRANTED**. It was and is the Court's intention that Wilcox be able to travel outside of the Middle District of Georgia to other districts within Georgia, as well as Alabama and Florida, for work-related purposes.

**SO ORDERED,** this 17th day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA